IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BRITTANY ESKILDSON, K.E. a minor, by and through her guardian ad litem LESLIE ESKILDSON, LESLIE ESKILDSON, individually, and KEITH ESKILDSON,<br><br>Plaintiffs,<br><br>v.<br><br>X-TREME PARASAIL, INC., GREG LONGNECKER, ALFONS SZYMANSKI, and DOES 1 through 20, inclusive,<br><br>Defendants. | CIVIL NO. 17-00124 LEK-KJM<br>(Admiralty)<br><br>DECLARATION OF HOWARD G. McPHERSON |

DECLARATION OF HOWARD G. McPHERSON

Howard G. McPherson hereby declares:

1.  I am an attorney duly licensed and admitted to practice before this Court, and counsel of record for Plaintiffs herein.

2.  I have joined the law firm McGuinn, Hillsman & Palefsky, of counsel. My business address and contact telephone in that office are 535 Pacific Avenue, San Francisco, California 94133; (415) 421-9292.

3.  Effective January 1, 2018, I am longer with the law firm Cronin, Fried, Sekiya, Kekina & Fairbanks.

4.      I continue to maintain a separate business address at 737 Bishop Street, Suite 1640, Honolulu, Hawaii 96813, with contact telephone (808) 778-7894 and email address hgmcpherson@gmail.com.

Under penalty of perjury, the foregoing is true and correct.

Dated: January 11, 2018.

     /s/ Howard G. McPherson